# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| In re:<br><br>KENTUCKIANA MEDICAL CENTER, LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 19-90617-AKM-7 |
| KATHRYN L. PRY, the chapter 7 trustee for the bankruptcy estate of Kentuckiana Medical Center, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>MEDTRONIC USA, INC.,<br><br>      Defendant. | Adversary No. 21-59025 |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Kathryn L. Pry, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Kentuckiana Medical Center, LLC and as plaintiff in this adversary proceeding, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, respectfully gives notice of the dismissal of this adversary proceeding with prejudice.

Respectfully submitted,

RUBIN & LEVIN, P.C.

Dated: June 23, 2021           */s/ Deborah J. Caruso*
    Deborah J. Caruso

Deborah J. Caruso, Esq.
Meredith R. Theisen, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 453-8602
Email: dcaruso@rubin-levin.net
    mtheisen@rubin-levin.net

*Counsel for Kathryn L. Pry, Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Deborah Caruso   dcaruso@rubin-levin.net, dwright@rubin-levin.net;csprague@rubin-levin.net;atty_dcaruso@bluestylus.com
Meredith R. Theisen   mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;csprague@rubin-levin.net
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on June 23, 2021, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Medtronic USA, Inc.
710 Medtronic Parkway
Minneapolis, MN 55432

    */s/ Deborah J. Caruso*
    Deborah J. Caruso

G:\WP80\TRUSTEE\Pry\KMC Avoidance Actions - 86900001\Defendants\Medtronic USA Inc - 86900042\Drafts\draft - notice of dismissal.docx

2